Melora M. Garrison, Bar No. 205408
mgarrison@perkinscoie.com
**PERKINS COIE LLP**
1620 26th Street, Sixth Floor South
Santa Monica, California 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

W. Brendan Murphy, Admitted Pro Hac Vice
bmurphy@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Precision Airmotive LLC, erroneously sued herein
as "Precision Airmotive Corporation"

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Little, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Piper Aircraft Co., et al., <br><br> Defendants. | Case No. CV07-1815 VBF (FFMx) <br><br> **ORDER OF DISMISSAL OF ENTIRE ACTION** |

1  Pursuant to the Stipulation of Dismissal of Entire Action by and between
2  Plaintiffs Virginia Little, Individually and as Executor of the Estate of Robert
3  James Little, and Robert Rex Little and Kimberly Little, Individually and as Next
4  Friend of Robert Austin Little ("Plaintiffs") and Defendant Precision Airmotive
5  LLC ("Precision"), IT IS HEREBY ORDERED that the Second Amended
6  Complaint of Plaintiffs against Precision is dismissed in its entirety, with prejudice,
7  pursuant to Rule 41 of the Federal Rules of Civil Procedure.
8      IT IS FURTHER ORDERED that Plaintiffs and Precision will each bear
9  their own costs, attorneys' fees, and expenses with respect to this action.
10      IT IS FURTHER ORDERED that this Court shall reserve jurisdiction for
11  purposes of enforcement of the Settlement Agreement.
12
13  DATED: _May 15, 2009_____     _/s/ Valerie Baker Fairbank_
14
15                       United States District Court Judge